**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ERIC NOALAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XTI AEROSPACE, INC., SCOTT POMEROY, and BROOKE TURK,<br><br>Defendants. | Case No. 1:26-cv-07378-JPC-VF |

**[PROPOSED] ORDER GRANTING ADAM GEFVERT AND WALTER E. SMITH, JR.'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Having considered Adam Gefvert and Walter E. Smith, Jr.'s Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 7, the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints Adam Gefvert and Walter E. Smith, Jr. as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay Wolke & Rotter LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: November 24, 2026

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE